IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHARLES ELLIS SHIRLEY, #2071816 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16cv847 |
| | § | |
| WARDEN, CHOICE MOORE UNIT | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation concluding that the petition should be dismissed without prejudice for lack of jurisdiction. Petitioner filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Petitioner to the Report, the Court concludes that the findings and conclusions of the Magistrate Judge are correct. Thus, the Court adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that the petition is **DENIED** without prejudice.

It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

SIGNED this 9th day of February, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE